IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01371-WYD-PAC

CHICAGO TITLE INSURANCE COMPANY,

Plaintiff,

v.

PRINTUP HOTEL ASSOCIATES, LTD.,

Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice (filed July 11, 2007). The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal With Prejudice is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(2), each party to bear its own attorney fees and costs.

Dated:  July 12, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge